UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 69.206.111.43,<br><br>　　　　　　Defendant. | Civil Action No. 7:18-cv-08592-KMK |

**PLAINTIFF'S NOTICE OF SETTLEMENT
WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 69.206.111.43 ("Defendant") through his counsel, Robert Cashman, Esq.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss this action with prejudice.

Dated:  December 18, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　/s/ *Jacqueline M. James*__
　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (CT29991)
　　　　　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue
　　　　　　　　　　　　　　　　　　　　Suite 1102
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　T: 914-358-6423
　　　　　　　　　　　　　　　　　　　　F: 914-358-6424
　　　　　　　　　　　　　　　　　　　　E-mail: jjameslaw@optonline.net
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James